Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

*Gregory M Strong*

_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

*F B I (Governmett)*

_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑Yes ☐No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | *Gregory M Strong* |
| Street Address | *2 Father Jacobbe Ro Apt 453* |
| City and County | *East Boston* |
| State and Zip Code | *MA  02128* |
| Telephone Number | *(H) 617-567-1088 (Cell) 857-410-4204* |
| E-mail Address | *Gregory Strong20@gmail.com 4204* |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

    Name                       FBI of Massachusetts

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *FBI going Above The law activity with accumiculating oyess charges listed with catagory and Summaries*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* *Gregory M Drury*, is a citizen of the State of *(name)* *Massachusetts*

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* *FBI*, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have all my charges summaries categorized and in individual pages of paper

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would want an Imediate Cease and disist on The Charges I have also certain alot of mental Damages civil rights have been Broken breaking into my home with a key I cant sleep proper by Doing That when you know someone has a key to your Door

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff    Gregory M Strong

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Harrassmer Charges -

The harrasmen started when I noticed peopleBreaking Into my House in 2018 and I was complaining about it and my neibor in Apt #553 put (4) four confunded false Campdaynts about me and my musr was too loud and after the first eviction who ripped up cause I had a pro-bono lawyer at that time and she was Compromised by your FBI DEA ATF.cctic who ever is responsable for compromising Sheila E. Grant out of medford ma. -92 High St 02/55 She fought the first false complaint and yyvette Taramino which works for Maloney propenty she ripped up the first Eviction which was false but I said ok What you say goes and she told my lawyer she ripped up the eviction Then a second third and fourth false complaint from #553 was 2 of them and one Yvette Tharmino (Property manager), I told my Psychiatrist and my lawyer that I was going to start to record myself Sleeping and I'm going to catch him with lying and I caught him lying in 3 lies on my stere being too loud The lawyer fought him off and caught yyvette Tharmino (property manager) in many ires denying a story her why is this happening and she got caught in many ires and mistake and (RSC) heard the story guy and apt 553 and said that they cere lying I caught Them on record

I had my lawyer with Xyvette Thrane
To tear up the erectons. and she did rip them
up now I tried to talk to her she wasn't answer
ing then she made an appointmet the Feb
of 2020 and she got comprommised by
some one cause she made the appointmet
and I waited and waited an came back to
East Baston Ma and fun al out she droppel me
for no reason to give Then she soured
saying I switched compares she worked for by
( mind you your Honor she owns her own building)
so she was compromised as well so That
is also sabatagory of my charity. Now They
have been breaking into my house Thats also
criminal activities from a law Officer. They are
recording my devices These are all going
to be explained in My Summaryes of the
charges as of now 18 charges They are
facing worth/transel met be any one of them.
They are breahing into locked safe (Thats I reach
they of Safes) that common charge
coming out of These unlawful crimes
of my safes, which contain my medince
which you creccla warrant and got has to
have me here with them In My fafe and
If I need a lawyer they should have
provided everything but Illegal activity
I anrouse The rest of the charges but This
is my Summary of whats going on

(ABUSE OF law ACTIVITIES)

The POlice FBI and Persons that have
been using us ove the law actions in which
you are being Seperatly Sue for these actions
They will explain every thing I list
the above the law activity that The
state or FBI who ever runs these thing
But Here is the list of Above the law activr
i( ) Done unto me They have Co Defendt
charges coming up if this has to go
to jury trial for awarding That is my
right

1) Harrasment
2) Abuse of Authorities
3) Mental psychiatric tramn done to me
4) Brakum and Entry
5) Breakhong safes
6) Sabatoying of my life (with use of Il/cga/accounts)
7) life threatening Practices notus use of Power on mchory
8) Stalking me and also Talug proove of me
9) misuse of Power with the ALP comp
10) mis use of Power with the litelhare comp the m
11) Misuse of Power tellng my nylaulind she have hr
12) Delodry danses (deeding and Comrohyl comprat
13) Casing medical Problemend Thma as this gve on
14) Breaking a lock suget into my closet (Breaking and Entry
15) compromis by sherlab Grant (a laquer it hay
16) Ease Dropping on on my posch utvie Call)
17) Compromosmy my papers while Day under theos care

8) and Sadatagring my thingy by means of
Cusing my landlord also breaking the land
by turning the key to leftthem in and
The Second Breaking and Entering the people
Crossing over the threshold are breaking
and Entering

19) conspiring with the FTC
20) conspiring with The FCC
21) Civil Rights have been broken all over the place
22) mail Fraud (Including Falcal court documents)
23) tampering with my evidence against the FBI

PSYCHIATRIC mental Trauma
charges

The mental trauma began when
the breaking and Bavering and breaching
of my safes it has gotten to points
were with the mis use of powers
compromised my Psychiatrist in 2022
and she Illegally dropped me as a patient
(Dr. Reiser co) was my Dr at that
time and she dropped me as of
June 8th 2022 I havent seen or
talked to her as a patient of hers no
more, my medical doctors all have
been compromised by your officer
They became my devices pictures, missing
items that I had for Evidence for there
abuse it powers acts against me and This
Is all going on with all my electrical
components in my house they control
with this device they eased dropped on
sexual calls I demagnetized The cells and
I'm Psychically small messed up but I m
Paranoid schizophrenia schizophrenia
disorder so you can see why I'm so upset
with the People we hire to protect us
They are against us and its got to
be stopped.

Breaking and Entering
Charges:

I had noticed in 2018 that People
were Breaking in and they swore that
no one was coming in and out and I fought
to get my locks changed they finally
got changed then In 2019 they were Breaking
in and Entering still and then my safes
were breached and I demanded my locks
changed and I stared hiding hidden cameras
to see exactly what they were doing
They were on 90 Gbt worth of hidden
digital SD cards activity and they were
stealing cleaning Item that I was
going to use showcase against them
and now it's time to end this
hide and seek game using nothing
but deciet Unto me and it is wrong
God is witnessing what is being done
cause they also moved my altar from
against the wall (2) two times Thats
actually a desecration so this is The Sum
mary for Breaking and Entering
By also Using my maggle ment to open
my door is also Breaking and
Entering and well Let The Cops c) sort
it out :

Breaching Safes) (Charges)

I had been noticing in 2019
that people were going into my safes
and some one who might work for
You was a 38 year Blood brooster and
he stole the key with his left hand
Sitting on my bed fixing in draws
and He put The key in his left pocket
of camaflage pants (Shorts) I find
his cash fair to get to my house
and I let him in and He steals a safe
key and got into my Spare keys and
breached other safes this activity
must STOP... Multiple breaks
have been reported in my Weekly Checkont
on (2) two Occasions and she was
all my suspision.

Sabatage of my life to stall charges

These Charges will come out on
examining the witnesses and each
attempt that can be explained shall
be requested for criminal charges. The list
of charges lets you know They have been
trying and trying to mess my life up
with even mail fraud and stealing United
States Court letter from the Clerk Magistrate
all These charges will show Themselves
during There trial if they choose to do so.

Charges

This started with Dr Reiser were she was a good doctor to me but started acting funny especially when I caught her with casedroppers on the line she was compromised I lost her she dropped me I'm on life threatning medicine and she dropped me and another psychiatrist she violated my contract on her own - authorty and then dropped me these Doctors all worked with someone then I have the Doctor I have now but she is holding my medicines over my head by making me goto her office even if I dont have to be she's broke her own word as a psychiatrist you cant play games with a medicine that controls also the hearts beating and so much more theyve caused me heart damage from the games they have been playing with my medicion dates also they played with my perscriptions dates and made me sick 8 days the first time and 5 days the second time there will be more it goes onto trial I will be asking for the bible to be my refrence whither they or the cours want it I will be arguing why the bible should be in courts

Statutory Charge)

Several times by noticing people taking pictures out of cars in front of my apartment complex and I was getting my medicines the delivered from the pharmacy and they were taking pictures I noticed them doing so and they had no permission to take these pictures It is Illeagal and people are following me not so much noticiable but noticable These charges will also develope more ways than they want...

Misuse of power they
Charges

This started when I first got my
ACP Benefits I noticed they kept
Shutting my benefits away and giving
them to someone else Under my
name and they are supposed to
be responsable with my accounts Just
like any bank or Store they have
to protect your benefit. That means
I Shouldnt have to have to call
the ACP Benefits I'm having trouble
with Qlink wireless they Shut my
ACP off there network without notice
or giving of a reason there is more to
This also it will reveal itself

The same thing happend with
Life line services there supposed
to keep everything in a situated
manner but I kept catching the
Lifeline services with countless times
I caught them one cc with 15 accure
above my name with all different
Q and B # Thats what the acp program
goes through this m u s s T O P...

This [illegible] lord open my door so they
Cand urd open my door so they
Can Enter the (FBI) is them. Charges

From as loing ago as 2018 I have
been noticing breazny and enterings
There I got hidden cameras and
I have 90 gB of hidden cameras
That also have been tampered
with which also will be a charge
with Them (FBI and Persons incelled) That
tampering with evidence being used
against them the rest will come
out in trial by Jury awarding.
My landlord has been letting herself
in to my Apartment as well as
others as such as FBI and persons
invilled Thats breakiny and Entering
In two ways the first is
the landlord is acting in her own
control or she would demand a search
warrent but she wrote she broke into
my hivse and signed the threat again
+ be put me I am 51 I don't
need this any more

while they were locke together (shut)

Who ever came into my house
has broken a lock of my Clogit
That is also a seperate type of
breaking and Entering This was
done with intent so this will
also come out in trial on who let
who in when They broke the lock

Compromising my lawyer pro bono
while she was my lawyer pro bono
or she suddenly dropped me charges

Sheila E Grant was ask by me
if she would actually sue this building
which now I'm doing on my own
due to the fact that your people, interfered
with a legal action and broke
my client lawyer rights of privacy
but somehow she took out of the
courts jar so she is part of this
she was going to sue this building
and now this has gotten much
worse than just Civil Rights being
broken it's much much worse.

EASEdropping on phone calls
Charges

I first Noticed the easedropping on
my phone calls with my psifchiatrist when
I bought a headset that told me how many
parties were listening in on the confrence
calls because (1) I'm paranoid and dont
trust no one but God and (2) I didn't like
having to talk about my issues off a phonecall
so I first got the first Casedropping was
late 2019 early 2020 I had (3) three listeners
in on my call with my Psychiatist then I
yelled at my psychiatist about there hung up and
when she called back the other listeners were
gone. The (2nd) second time I caught (2) two
listeners, then another time after that I caught
them again and thats when my safes were
breached and they were probably there on the phone
when I had to report my safes being breached.

Sabataging my housing
charges

I have been living here 9 years and I
have my landlord letting the FBI and
themselves into my house I have had
to do the things others have been promised by
since August 2023 they said that they were
working on my housing RAFT program
and no one between my RSI of the property
and mGH housing everont communicating with
me in any ways then natalie called a contone
call which I have recorded that everything
that I said they were doing wrong they wouldsay
it's in our ans or they were trying to put
the blame on me for there doings of deliot
the FBI has been in here many bits of
film also tampered with my evidence
towards them and against them going above
the law and that is not allowed anywhere
in the USA. They have decodeing devices on my
equipment and control units to see my sound
but they would turn it off in the middle of
me being access the room I have that being
done on recording and thee stealing my mail
they tried to sabatage any inspection I had to call
B this is wrong Inspection and get proper help I am
not have a fun time here try sleeping sound
knowing people have thelcey to your door, Personally
I dont think you would sleep good. Now picture
how I feel.

Civil Rights Charges

My Civil Rights as a US Citizen
have been broken to little peizes with
the doings of the FBI and every charge
is a Civil Rights Violation and I will
be proven at the end of each trial they
charge will win along side of all charges
due to the fact they had no care for my
Staff nor myself and They used artistic motive
why dole to the fact that they on(2) two
occations pulled my altar a way from
my wall I dont find that funny and my
altar is annointed and I'm a christ
Deciple Since I started the test in 2020 and
march 31st I received my diploma from The
Church I got a 92% on a 155 Question test and
got only 114 wrong I also got on The last
test a 90.1% on the first that remains and
I got only wrong a few questions - 6 it on
both tests I didnt Study and got The highest
Scores on both test in 50 years o Baptist
societys history so They are going above
The law and as we are out of there way's to
try to screw up my hostory us my my Margment
of to I try an access and to I an getting
help from them and I heul to starting Rate
project proper in by going to The Blac court
stuffe and started my application.

Mail Fraud Charges

The Mail fraud Started in 2020 and is still happening and I also had Someone Call me and He said I have mail for you I dont know how I wound up with it this was a month ago I had to pay $35.00 to Change my lock on my mailbox they stole a United States Federal Clerk mage Structes letter I reported it missing and it never showed up again for all these years I never fixed my USPS readers Digest of your mail for today it would show (5) letters then I would only get (1) then the next day I'll say Im getting 3 and I'll get (5) and so on and some a lot of the Packages I've had sent to me have been stolen and I reported it in a police report and noone did nothing to ever follow up on The police Report and it goes on and these are Federal mail ands take mail in Red in that's a felony for who Ever has trubled my mail. ect...

Tampering with My Evidence
Towards the FBI and Person Inc... Charges

The Management Office has been letting
Themselves and The FBI Into My house
and They were taking evidence that I have
on them and They even broke a lock on
my closet after maintenance put the lock
on They are Using The cleaning device to
tamper with my evidence even taking over
200 or more pictures on a phone and deleted
Them all even ones That had nothing to do
with no one but myself and this cannot
be tollerated They stole a United States
Federal Contracts Court clerks office
letter Thats not only tampering
the other charge is going to be tainting
with an active case illegally above
the law and common Criminals This all
cannot be tollerated

Phishing Charges

This is all the charges they have
been doing this called Phishing and
phishing in the US is illegal and no one
can go above the law and another reason
son its they keep doing wrong unto me
and what did I do to deserve it I
havnt been arrested now they are
using artisement and Deceitful
ways towards me and they have to be
stupid

Arthretmett C   Charges

They First while letting themselves
in or management letting them in I
don't care they should know better to
pull my alta away from the wall
twice or three times they would go through
things on my alta and mess it up
with no regards to my God or my self
nor my privhat Holy property in my
house were they broke in by management
letting my them in they kept moving my
bible my ten commandments woodern
Plaque and they would all be displaced and
it keeps going on this has to STOP.

Talking with my case
against The FBI charges

They Thrnod The case when I opened
my lawsuit with The FTC, FLC and FBI
They mailed me my letters back but
The one telling every thing I desided
to the judge or clerk or a magistrate
they stole that letter. This Tampring
a case Illegal messuses by using
Ther power and telling USPS to give
Then That letter which is above the
law activity and abuse of power to
refreive a letter mailed to me by
The United States court house and
steeling it. Then There The part were
The clerk or magistrate of the Federal court
dont answering my calls after they answer
anytime I had a Question Then I regarded
The FBI stealing The letter now they
dont answer my calls at all but
when I call They dont answer but when
another person culls They answer
thats not looking good Right here
IF YOU'll TAINT WITH ONE
   CASE YOU'll DO IT TO ALL OF THEM
especially when They are already Any
Illegal factors also Aよou The law activity
Theire part explain itself...

Competing with superior
circuit Judges with corruption col

The F.B.I. (Government) had my
motion reversal with Michael
Doolan During the reversal of a Judge
motion Granted I am getting the truth
So That ya'll Hear Michael Doolan how
He speed to me This can go
as Far as The FBI or Government
want, This to go It is not going
away until it is RESOLVED

Your Wrongs Must Be Corrected
you we the people have to
I UTLUOUS not DU 20 urs o thu
es Worth of Decret until me
now I am opeaing my case agasut
the FBI.

1) Harrassment
2) Above the law activity
3) Psychiatric mental trama ect...
4) Breaking and Entering
5) Breaching 3 safes (several times & take it)
6) Sabotaging of my life Attempting
7) Life threating and also use of power on medicated
8) Stalking (following awhile I notice taking pictures)
9) Misuse of power with using the ACP as a co defide?
10) Misuse of powers using it to use life the (co defendent)
11) Decaying devices (used on my houses electrical)
12) misuse of powers felling my landlord she has to kick them in
13) Causing me medical issues (do to certain facts that have docters invled)
14) braking into my closet by means of braking a padlock stealing evidence that I had on them (FBI ect.
15) compromising sheila E Grant
16) Ease Dropping, how in several calls with braychem?
17) Compromising doctors while I'm in there care
18) Sabataging of my housing (with use of magment)
19) conspiring with the FCC
20) conspiring with the FTC
21) civil rights have been broken all over the place
22) mail Frond
23) tampering with my evidence agenst the FBI
24) Phishin
25) antisetimetic ways and abuse of power